UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EUGENIO MEZA-OROZCO,<br>SAVANNA RICHARDSON and<br>ROGELIO RAMIREZ-HERRERA,<br><br>　　　　　　Defendant. | CASE NO. CR14-5246BHS<br><br>ORDER |

This matter comes before the Court on the Defendant Rogelio Ramirez-Herrera's unopposed motion for an order continuing the pre-trial motions due date and trial date. The Court, having considered the motion and declaration and the Defendants' speedy trial waivers, makes the following findings of fact and conclusions of law:

1. Defense counsel for Rogelio Ramirez-Herrera needs additional time to review over 400 pages of discovery, and is also scheduled to be in trial in Clark County, on or about August 12, 2014.

2. The defense needs additional time to explore all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

3. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation his defense, to explore resolution of this case before trial and to substantially ensure continuity of defense counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).

4. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice.  18 U.S.C. §3161(h)(7)(B)(i).

5. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A) and (B).

6. Defendant Rogelio Ramirez-Herrera waived speedy trial through October 7, 2014; Defendant Eugenio Meza-Orozco waived speedy trial through November 14, 2014; Defendant Savanna Richardson waived speedy trial through October 31, 2014.

NOW, THEREFORE, IT IS HEREBY ORDERED

That the trial date is continued from August 12, 2014, to October, 7, 2014, at 9:00 a.m. Pretrial Conference is set for September 29, 2014, at 1:30 p.m.  Pretrial motions are due by August 28, 2014.  The resulting period of delay from July 25, 2014, to October 7, 2014, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B)

Dated this 5th day of August, 2014.

BENJAMIN H. SETTLE
United States District Judge