UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR14-5246BHS |
| Plaintiff, | |
| vs. | |
| EUGENIO MEZA-OROZCO, | ORDER ON MOTION TO CONTINUE PRE-TRIAL MOTIONS CUTOFF, PRE-TRIAL CONFERENCE AND TRIAL DATE |
| Defendant | |

Before this court is a motion to continue the pre-trial motions cutoff, the pre-trial conference presently set for February 2, 2015 and the trial date presently scheduled for February 10, 2015.

A continuance is requested as negotiations are ongoing in an attempt to resolve this matter. Additionally, counsel will be out of the office due to a medical issue for approximately one week. Therefore, counsel will need additional time to attempt to resolve this case or to effectively prepare for trial.

Co-defendant, Mr. Ramirez-Herrera joins in this motion, and filed a waiver of speedy trial.

AUSA Gregory Gruber is aware of this motion and has no objection to this request.

1  That the court finds, after a consideration of all relevant information (including
2  the affidavit filed by Zenon P. Olbertz in support of the motion for a continuance) and
3
4  the circumstances of this case, that without this continuance the defendant will be
5  prejudiced and the ability to properly prepare for trial would be impaired.  Failure to
6  grant a continuance under these circumstances would result in a miscarriage of justice.
7  The ends of justice would best be served by the granting of the motion for continuance
8
9  to ensure continuity of counsel and adequate trial preparation.  The ends of justice
10 outweigh the best interests of the public and the defendant in having the matter brought
11 to trial sooner.
12    For these reasons, the court finds the defendant's motion for continuance should
13 be granted.
14
15    The pre-trial motions cutoff date shall be scheduled for April 2, 2015.
16    The pre-trial conference scheduled for February 2, 2015 at 11:00 p.m. is
17 STRICKEN and the pre-trial conference shall be continued to May 4, 2015, at 9:00
18 a.m.
19
20    The trial date scheduled for February 10, 2015 is VACATED. Trial shall be
21 RESCHEDULED to May 12, 2015 at 9:00 a.m. in Tacoma, Washington.
22
23
24
25
26
27

Order on Motion to Continue Pre-trial Motions Cutoff, Pre-Trial Motion and Trial Date  - 2

Law Office of Zenon Peter Olbertz
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-9967/Fax: (253) 572-1441

1  The period of delay resulting from this continuance from the current trial date of

2  February 10, 2015 to the new trial date of May 12, 2015, is hereby excluded for speedy

3  trial purposes under 18 U.S.C. 3161(h)(8)(A) and (B)  for purposes of computing the

4  time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

5

6  IT IS SO ORDERED.

7  Dated this 22nd day of January, 2015.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

LAW OFFICE OF
ZENON PETER OLBERTZ
Attorneys for defendant


By: /s/ Zenon P. Olbertz
    Zenon P. Olbertz
    WSB #6080